IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:23cr105-MHT
                            )             (WO)
DARRYL DONNAL LAMAR STONE   )
```

ORDER

At the sentencing hearing this past Friday, September 8, 2023, after the court announced that the hearing would resume on a later date, defendant Darryl Donnal Lamar Stone's attorney, Ms. Sandi Y. Dawson, informed the court that Stone takes two medications (Wellbutrin and Remeron) to manage the symptoms of his mental-health conditions; that, earlier in the week, Stone was transferred to another facility; that Stone has not received his medications since Tuesday; and that defense counsel has attempted to contact the Marshal Service on Stone's behalf but has been unsuccessful. Defense counsel requested the court's assistance to ensure Stone remains compliant with his treatment regimen.

Accordingly, it is ORDERED that defense counsel's oral request for assistance is referred to the United States Magistrate Judge to look into this matter and to see if she can resolve the request, either formally or informally.

DONE, this the 11th day of September, 2023.

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**