IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA  )
            )
  v.          )  CASE NO. 2:23-cr-00105-MHT
            )      (WO)
DARRYL DONNAL LAMAR STONE )

### FINAL ORDER OF FORFEITURE

Before the court is the government's motion for a final order of forfeiture (Doc. 65) filed on September 22, 2023.

On June 6, 2023, this court entered a preliminary order of forfeiture (Doc. 30) ordering the defendant to forfeit his interest in Taurus, model PT24/7 G2, 9mm semi-automatic pistol, bearing serial number TGY43552, and ammunition.

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000, and the only potential claimants are the defendant and Rodney Oreal Lewis. The government gave the defendant notice in the indictment (Doc. 1) that it would seek the forfeiture of any firearms and ammunition involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1).

On June 29, 2023, notice of this forfeiture was sent to Rodney Oreal Lewis at the address provided on the ATF's Firearm Trace Summary. Delivery at this address was undetermined. On July 21, 2023, the United States attempted service at an additional address located for Mr. Lewis. The notice was returned to the United States as undeliverable. The government is unable to locate another address for Mr. Lewis. No petition of interest was filed within the required 35-day period. Therefore, any third-party interests are barred for failure to file a timely petition.

The court finds the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. § 922(g)(1).

Accordingly, it is hereby ORDERED that the government's motion for a final order of forfeiture is granted as follows:

1.     The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): a Taurus, model PT24/7 G2, 9mm semi-automatic pistol, bearing serial number TGY43552, and ammunition.

2.     All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3.     The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order.

4.     The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 25th day of September, 2023.


/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2