IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:23cr105-MHT
                            )             (WO)
DARRYL DONNAL LAMAR STONE   )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with and in addition to the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Darryl Donnal Lamar Stone to receive mental-health treatment to address the diagnoses identified by Dr. John Blackshear and Dr. Ginny Chan. *See* Psych. Report (Doc. 34-1) at 3; Psych. Evaluation (Doc. 35) at 13-15. Such treatment shall begin with a psychiatric consultation to determine defendant Stone's psychotropic medication needs, if any. Defendant Stone shall also receive a psychological evaluation to assess his mental-health

needs and history of domestic violence. The results of the evaluation shall be filed with the court, which will decide whether any additional action is required. Treatment shall include, at least at the beginning, weekly sessions of individual psychotherapy (with a focus on defendant Stone's complex trauma and history of domestic violence). Defense counsel shall assist the probation department in securing such treatment and shall regularly monitor whether defendant Stone is receiving such treatment.

(2) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Stone is faring.

(3) The United States Probation Office shall ensure that any mental-health practitioner treating or evaluating defendant Stone receives, prior to meeting with the defendant, a copy of the psychological evaluations conducted by Dr. John Blackshear, *see*

Psych. Report (Doc. 34-1), and Dr. Ginny Chan, *see* Psych. Evaluation (Doc. 35).

DONE, this the 4th day of October, 2023.

                                     /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**