IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:23cr105-MHT
                            )            (WO)
DARRYL DONNAL LAMAR STONE   )
```

ORDER

This case is before the court on defendant Darryl Donnal Lamar Stone's post-judgment motion to preserve a right to challenge the constitutionality of his 18 U.S.C. § 922(g) conviction and sentence. Stone did not assert a challenge to the constitutionality of § 922(g)(1) during the pendency of his case. The court is unaware of any way for it to preserve an issue for appeal once a case has closed, and Stone cites no legal authority providing a basis for doing so.

Accordingly, it is ORDERED that defendant Darryl Donnal Lamar Stone's post-judgment motion to preserve (Doc. 72) is denied.

DONE, this the 22nd day of April, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE